# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MIGUEL ANGEL ENCINAS-GOMEZ &<br>JOSE JESUS LOPEZ,<br><br>　　　　　Defendants. | Case No. 21-CR-3102 JLS<br><br>**ORDER EXCLUDING TIME**<br><br>The Hon. Janis L. Sammartino |

　　Good cause having been shown, the Court orders time excluded from the date of this order through February 4, 2022, under the Speedy Trial Act. For the reasons provided in the Government's motion, the Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendants in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A). As an additional ground for tolling the Speedy Trial Act, the Court notes that Defendant Encinas has filed motions that remain unresolved.

　　**SO ORDERED.**

Dated:  December 9, 2021

　　　　　　　　　　　　　　　　　　　　　*Janis L. Sammartino*
　　　　　　　　　　　　　　　　　　　　　Hon. Janis L. Sammartino
　　　　　　　　　　　　　　　　　　　　　United States District Judge