# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>PLANTIFF,<br><br>vs.<br><br>MIGUEL ANGEL ENCINAS (1),<br>JOSE JESUS LOPEZ (2),<br>JAMES HARMON YARBROUGH (3),<br>VICTORIA JOHANNA LOPEZ (4),<br><br>DEFENDANTS. | Case No.: 21CR3102-JLS<br><br>**ORDER** |
|---|---|

**IT IS HEREBY ORDERED**, the parties' joint motion for a continuance of the Motion Hearing/Trial Setting is hereby GRANTED. The Motion Hearing/Trial Setting is continued from September 23, 2022 to December 9, 2022, at 1:30 p.m. Defendants released on bond shall file acknowledgements of the new hearing date within one week of this order.

**IT IS FURTHER ORDERED** that, for the reasons set forth in the joint motion, time is excluded from September 23, 2022, through December 9, 2022, in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(1)(D) and 3161(h)(7)(A).

**SO ORDERED.**

Dated: September 15, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge